UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROBERT CHARLES CHENEAU ET AL.**     **CIVIL ACTION**

**VERSUS**     **No. 15-164**

**UNITED STATES ARMY CORPS OF**     **SECTION I**
**ENGINEERS ET AL.**

## ORDER AND REASONS

Before the Court is a motion[1] filed by the government to dismiss the above-captioned matter pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, which plaintiffs oppose.[2] Plaintiffs also filed a motion for leave to file an amended complaint[3] along with the proposed amended complaint.[4] The government then filed a motion to dismiss plaintiffs' proposed amended complaint.[5]

The pleadings, motions, allegations, and issues in the above-captioned matter are substantially identical to those presented in *Haynes v. U.S. Army Corp of Engineers*, Civil Action No. 15-167 (filed January 23, 2015). Accordingly, for the reasons stated in this Court's August 4, 2015 opinion in *Haynes*,

**IT IS ORDERED** that the government's motion to dismiss the original complaint is **GRANTED** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that plaintiffs' motion for leave to file an amended complaint is **DENIED**.

---

[1] R. Doc. No. 10.
[2] R. Doc. No. 11.
[3] R. Doc. No. 12.
[4] R. Doc. No. 12-2.
[5] R. Doc. No. 14.

1

**IT IS FURTHER ORDERED** that the government's motion to dismiss plaintiffs' proposed amended complaint is **DISMISSED AS MOOT**.

New Orleans, Louisiana, August 4, 2015.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**